**STATE of Missouri, Respondent,**

v.

**Kelvin O. OWENS, Appellant.**

**No. WD 35232.**

Missouri Court of Appeals,
Western District.

Oct. 30, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 26, 1984.

Bernard Passer, Passer & Hanson, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, John M. Morris, Asst. Atty. Gen., for respondent.

Before DIXON, J., Presiding, and SHANGLER and SOMERVILLE, JJ.

### ORDER

PER CURIAM:

The defendant appeals his conviction for possession of a controlled substance in violation of Sections 195.020 and 195.240 RSMo 1978. The judgment of conviction and the sentence of nine and five years imposed by the jury are affirmed. Rule 30.25(b).